

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00898-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR.,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Gladys B. Burwell, Judge Presiding

**O R D E R**

     Extension of time to file the court reporter's record is this date NOTED. Time is extended to February 27, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc: Arthur H. Bayern
Langley & Banack, Inc.
745 E Mulberry Ave Ste 900
San Antonio, TX 78212-3167

William Elton Leighner
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
San Antonio, TX 78205-3541

Anthony C. Aguilar
11405 North Loop
El Paso, TX 79927-4504

Laura A. Cavaretta
Cavaretta, Katona & Francis, PLLC
One Riverwalk Place
700 North St. Mary's Street, Suite 1500
San Antonio, TX 78205